JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CRAIG K. GARRETT,<br><br>                    Petitioner,<br><br>      v.<br><br>R.C. JOHNSON, Warden,<br><br>                    Respondent. | Case No.  2:20-cv-00059-AB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order dismissing the Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice as successive.

DATED:  February 18, 2020

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE